*In re* ARMANDO E. GONZÁLEZ MALDONADO.

*Número:* TS-5643                    *Resuelto:* 19 de diciembre de 2002

*Armando E. González Maldonado, pro se.*

## RESOLUCIÓN

Vista la moción mediante la cual se solicita la reinstalación, se autoriza y se limita al ejercicio de la abogacía.

*Se concede un término de treinta días a la Oficina de Inspección de Notarías para que informe el estado de la obra notarial.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. Los Jueces Asociados Señores Hernández Denton y Rivera Pérez no intervinieron.

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*